# United States Court of Appeals for the Federal Circuit

---

January 29, 2013

**ERRATA**

---

Appeal Nos. 2012-1040, -1054

**ALLERGAN, INC.,**

**v.**

**BARR LABORATORIES, INC.,**

**AND**

**SANDOZ INC.**

Decided:  January 28, 2013
Nonprecedential Opinion

---

Please make the following changes:

Page 5, line 1, omit [J.A.10]

Page 11, line 12, omit [J.A.49]